**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EDWARD J. NICHOLAS, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 07-57 Erie |
| SCI ALBION, et al., | ) |
| Respondents. | ) |

### MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on March 28, 2007, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 2], filed on March 29, 2007, recommended that Petitioner's Petition be transferred to the Middle District of Pennsylvania. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondents. Petitioner filed objections on April 12, 2007 [Doc. No. 5]. After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 16th day of April, 2007;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania.

The Report and Recommendation [Doc. No. 2] of Magistrate Judge Baxter, filed on March 29, 2007, is adopted as the opinion of the Court. The clerk is directed to mark the case closed.

                                                s/ Sean J. McLaughlin
                                                United States District Judge

cm:     All parties of record

Susan Paradise Baxter, U.S. Magistrate Judge