IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD J. NICHOLAS,       ) | |
|     Plaintiff       ) | |
| ) | |
| ) | C.A. No. 07-57 Erie |
| ) | |
| S.C.I. ALBION, et al.,       ) | |
|     Defendants       ) | |

**O R D E R**

AND NOW, this 25th day of April, 2007, upon consideration of the Plaintiff's Application for Modification of Respondents and Application to Forward Transmission to the U.S. Court of Appeals (Document No. 7 and 8)

IT IS HEREBY ORDERED that said motions are DENIED AS MOOT

        S/ Sean J. McLaughlin
        SEAN J. MCLAUGHLIN
        UNITED STATES DISTRICT JUDGE